**STATE OF FLORIDA, ex rel. ASA TOWNSEND v. R. M. HARRIS, as County Judge of Hendry County; JOHN L. HALL, as Supervisor of Registration of Hendry County; and J. O. DAVIDSON, as Chairman of the Board of County Commissioners of Hendry County; as the County Canvassing Board of Hendry County, Florida.**

37 So. (2nd) 369
October 12, 1948
Rehearing denied Nov. 3, 1948

June Term, 1948
Special Division A

Affirmed.

**MEEKY COTTRELL v. MARTHA AMERKAN**

37 So. (2nd) 167
October 15, 1948

Fall Term, 1948
Special Division B

Certiorari denied.

**THELMA CALLAHAN v. JOHN W. CALLAHAN**

37 So. (2nd) 368
October 15, 1948

June Term, 1948
Division A

Affirmed.

**ADELAINE KOCH v. LEILA T. FERGUSON**

37 So. (2nd) 542
October 19, 1948
Rehearing denied Nov. 15, 1948

June Term, 1948
Special Division B

Affirmed.

**THRIFT CABS, INC., a corporation v. VIRGINIA BACON and E. O. BACON, her husband.**

37 So (2nd) 542
October 29, 1948

June Term, 1948
Division B

Affirmed.

**M. N. CAIN and his wife, MARY D. CAIN v. G. A. ZELLER, et al**

37 So. (2nd) 542
October 29, 1948

June Term, 1948
Division B

Affirmed.